IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN HOYT<br><br>Defendant. | Case No. 1:23-mj-245<br><br>Hearing: December 7, 2023<br>10:00 AM |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about October 7, 2022, and October 10, 2022, in Loudon County, Virginia, within the Eastern District of Virginia, the defendant, CHRISTIAN HOYT, took migratory game birds on and over a baited area while he knew or should have known that the area was a baited area.

(In violation of Title 16, United States Code, Section 704(b)(1)).

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: _____/s/_____
Sehar Sabir
Assistant United States Attorney

Date: November 17, 2023

## CERTIFICATE OF SERVICE

I certify that I will e-mail defense counsel Aaron Book a copy of the Criminal Information and Summons for the above-captioned defendant. Mr. Book has confirmed that he will accept service of the Criminal Information and Summons on behalf of his client via e-mail.

By: _____/s/_____
Sehar Sabir
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3964
Fax: 703-299-3980
Email: sehar.sabir@usdoj.gov